## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO:   2:14-bk-50256 |
|     Cheryl Ann Teter | : | |
| | : | JUDGE Charles M. Caldwell |
| | : | |
| SSAN(S):   xxx-xx-3328 | : | CHAPTER   13 |
| | : | |
| Debtor(s) | : | |
| | : | |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that, effective immediately, Debtor's new address is:

Street:            **657 Raleigh Drive**
City, State, Zip:  **Columbus, OH  43228**


**Respectfully submitted,**

**/s/ Thomas C. Lonn**
Thomas C. Lonn (0059788)
Attorney for the Debtor
tclonnesq@rrohio.com
833 Eastwind Drive
Westville, OH 43081
(614) 895-1234
(614) 865-3377 fax

### CERTIFICATE OF SERVICE

      The undersigned certifies that a true copy of the **Notice of Change of Address** was served electronically upon the U.S. Trustee, 170 N. High Street, Columbus, Ohio 43215 and the Trustee Frank M. Pees, and upon all other interested parties listed below by regular first class US Mail, this November 16, 2017.

/s/ Thomas C. Lonn
Thomas C. Lonn


Cheryl Teter, 657 Raleigh Drive, Columbus, OH  43228